MAJOR FAUPEL v. THE STATE.

No. 16472. Delivered February 28, 1934.
Reported in 68 S. W. (2d) 1113.

The opinion states the case.

*E. B. Simmons,* of San Antonio, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for robbery, the punishment being twelve years in the penitentiary.

The trial judge fixed appellant's bail pending appeal at three thousand dollars. By supplemental transcript it appears that after the trial term of court adjourned appellant sought release from custody pending appeal by entering into bond in the sum fixed by the court. Article 818, C. C. P., provides that such bond shall be approved by both the sheriff and the trial judge.

If it is not so approved the appeal will be dismissed. Miles v. State, 92 Texas Crim. Rep., 547, 244 S. W., 1009; Tolar v. State, 97 Texas Crim. Rep., 145, 260 S. W., 1043. The bond in the present instance appears to be approved by the sheriff only.

The appeal is therefore dismissed.

*Dismissed.*